DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CORE LEARNING CENTER, INC.,** a Florida corporation,
**VANESSA RODRIGUEZ,** and **MARCIAL RODRIGUEZ,**
Appellants,

v.

**TAFT MEDICAL REALTY, LLC,**
a Florida limited liability company,
Appellee.

No. 4D22-236

[June 2, 2022]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne Fahnestock, Judge; L.T. Case No. CACE21-008454.

Robert P. Frankel of the Law Offices of Robert P. Frankel, P.A., Plantation, for appellants.

Marshall A. Adams, Joshua M. Bloom and Amber L. Ruocco of Lubell & Rosen, LLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., LEVINE and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***